UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

                                        Case No. 23-30496
                                        Originating No.  23MJ00347

**ADAM KOVSKY,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**ADAM KOVSKY,** to answer to charges pending in another federal district,

and states:

1. On **December 21, 2023,** defendant voluntarily appeared in the Eastern

District Michigan in connection with a federal arrest warrant issued in the **District of

Columbia based on a Criminal Complaint**.  Defendant is charged in that district with

violations of **18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted

Building or Grounds);  18 U.S.C. § 1752(a)(2): (Disorderly and Disruptive Conduct

in a Restricted Building or Grounds), 40 U.S.C. § 5104(e)(2)(D) and (e)(2)(G)

(Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings AND

Parading, Picketing, or Demonstrating in a Capitol Building**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney

*s/Louis Meizlish*
LOUIS MEIZLISH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: December 21, 2023