2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEC 21 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

CRIMINAL NO.  23-30496

Plaintiff,

Original District No. 23MJ00347

**ADAM KOVSKY**

Defendant.

_____/

## ORDER TRANSFERRING DEFENDANT TO ANSWER
## TO CHARGES PENDING IN ANOTHER DISTRICT

This matter coming before the Court on the Government's Petition for Removal,

for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal

Rules of Criminal Procedure, it is hereby ordered that **ADAM KOVSKY**

**be transferred to the District of Columbia for further proceedings in the**

**case of United States v. ADAM KOVSKY w**ho has been ordered released pursuant to

the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the

following location at the following date/time**: at the United States District Court for the**

**District of Columbia on January 9, 2024, at 12:30 EST, before MJ Robin M.**

**Meriweather on Zoom:**

**https://link.edgepilot.com/s/e7419039/tk5GQcjiL0ONEzgEb2s0Hw?u=https://usco**

**urts-**

**dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09**

**Meeting ID: 161 8952 5787**

**Passcode: 860903**

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court.  *See* 18 U.S.C. Sections 3146, 3148.

HONORABLE ELIZABETH A. STAFFORD
United State Magistrate Judge

Dated: December 21, 2023